UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALICIA MARIE JOHNSON MARTINEZ, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. 1:25-cv-01678-CDB (SS) <br><br> ORDER ON SECOND STIPULATION EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT <br><br> (Doc. 11) |

Plaintiff Qualicia Marie Johnson Martinez ("Plaintiff") initiated this action with the filing of a complaint on November 29, 2025, seeking review of the final decision of the Commissioner of Social Security denying disability benefits. (Doc. 1). On December 3, 2025, the Court entered the scheduling order, setting forth dates and deadlines for the filing of the administrative record and of cross-motions for summary judgment. (Doc. 5). On February 3, 2026, Defendant filed a copy of the administrative record. (Doc. 8). On March 24, 2026, the Court extended *nunc pro tunc* Plaintiff's time to file a motion for summary judgment to May 4, 2026. (Doc. 10).

Pending before the Court is the parties' second stipulated request to extend the deadline for Plaintiff to file a motion for summary judgment to May 14, 2026, filed on April 28, 2026. (Doc. 11). The parties represent that counsel for Plaintiff needs additional time due to a heavy briefing workload in combination with recent unscheduled leave of office that has resulted in counsel falling

behind schedule.  *Id.* at 1-2.

**Conclusion and Order**

For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED that Plaintiff shall file the motion for summary judgment by no later than **May 14, 2026**.  The opposition and optional reply shall be filed consistent with the Court's scheduling order.  (Doc. 5).

IT IS SO ORDERED.

Dated:    **April 29, 2026**                                    

UNITED STATES MAGISTRATE JUDGE

2